# LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

| IRVINE OFFICE | | LOS ANGELES OFFICE |
|---|---|---|
| 2505 McCABE WAY, SUITE 100 | (212) 972-1000 | 800 WILSHIRE BOULEVARD, SUITE 1550 |
| IRVINE, CALIFORNIA 92614 | FACSIMILE: (212) 972-1030 | LOS ANGELES, CALIFORNIA 90017 |

www.LondonFischer.com

January 21, 2025

**VIA ECF**

U.S. Magistrate Judge Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re*:*   *Colony Insurance Company v. Southwest Marine and General Insurance Company et al.*
            E.D.N.Y. Docket No. :    1:24-cv-01047-TAM

Dear Judge Merkl:

    The undersigned counsel submit this joint letter to the Court pursuant to the Court's Order, dated December 10, 2024.

    Colony Insurance Company ("Colony") and Southwest Marine and General Insurance Company ("Southwest") advise that they have agreed to coverage terms and amounts owed for past costs incurred. Colony is currently awaiting receipt of the reissued reimbursement check from Southwest, as the prior check appears misplaced. Upon receipt, the parties will file a Stipulation of Discontinuance Without Prejudice, pending the outcome of the underlying action.

    As such, with the Court's permission, the parties respectfully request an additional 30 days to finalize the settlement.

    Colony and Southwest continue to work together amicably and thank the Court for its assistance.

                             Respectfully submitted,

| LONDON FISCHER LLP | KAUFMAN DOLOWICH LLP |
|---|---|
| By: /s/ William J. Edwins | By: /s/ Eric Stern |
| William J. Edwins, Esq. | Eric Stern, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Colony Insurance Company | Southwest Marine and General Insurance Company |
| 59 Maiden Lane, 39th Floor | 135 Crossways Park Drive, Suite 201 |
| New York, New York 10038 | Woodbury, New York 11797 |
| (212) 972-1000 | (516) 283-8703 |
| LF File No.: 417.0567237 | |